# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | SUSAN K KULAK |
| **Case Number:** | 2:09-bk-30993-CGC  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 28, 2010 01:30 PM  6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matter:

CONTINUED INITIAL CONFIRMATION HEARING

**R / M #:** 50 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR SUSAN K KULAK
LEONARD MCDONALD, ATTORNEY FOR WELLS FARGO
RACHAEL DEPENA, ATTORNEY FOR CITIMORTGAGE

## Proceedings:

Mr. Abujbarah advises Debtor is close to reaching an agreement with Mr. McDonald's client; as to Citimortgage Debtor has reached an agreement on these properties and has lodged an Order with the Court.

COURT: IT IS ORDERED CONTINUING THE CONFIRMATION HEARING TO DECEMBER 9, 2010 AT 11:00 A.M.