# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SUSAN K KULAK |
| **Case Number:** | 2:09-bk-30993-CGC    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 22, 2011 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## Matter:

CONTINUED INITIAL CONFIRMATION HEARING

**R / M #:** 50 / 0

**VACATED: STIPULATED ORDER CONFIRMING CHAPTER 11 PLAN**

## Appearances:

NONE

## Proceedings:

VACATED: STIPULATED ORDER CONFIRMING CHAPTER 11 PLAN